**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1767**

———————

STEPHEN KYPRIANIDES,

Plaintiff - Appellant,

versus

PASQUOTANK PUBLIC LIBRARY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. Malcolm J. Howard, District Judge. (CA-00-17-2-H)

———————

Submitted: October 4, 2001          Decided: October 11, 2001

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Stephen Kyprianides, Appellant Pro Se. Christopher W. Jones, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephen Kyprianides appeals from the district court's order dismissing his civil action in which he claimed gender discrimination based upon the failure of the Appellee to hire him. Our review of the record and the district court's opinion discloses that this appeal is without merit. As the district judge found, Kyprianides failed to establish a prima facie case of employment discrimination. McDonnell Douglas Corp. v. Green, 411 U.S. 792, 802 (1973); Alvarado v. Board of Trustees, 928 F.2d 118, 121 (4th Cir. 1991). See also O'Connor v. Consolidated Coin Caterers Corp., 517 U.S. 308, 312 (1996). Accordingly, we cannot say that the district court's finding of non-discrimination was clearly erroneous. Anderson v. City of Bessemer, 470 U.S. 564, 574 (1985).

We therefore affirm on the reasoning of the district court. Kyprianides v. Pasquotank Pub. Library, No. CA-00-17-2-H (E.D.N.C. May 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

2